87 A.3d 316

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Gregorio TORO, III, Petitioner.**

Supreme Court of Pennsylvania.

March 12, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of March, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue is:

Whether Superior Court erred because it affirmed the PCRA court but for different reasons; namely, that the [p]etition was untimely and this determination was made *sua sponte* by the Superior Court but is erroneous because the issues being adjudicated were raised in a timely PCRA but subsequent PCRA's [sic] were filed for procedural defects of the Common Pleas Court or abandonment by prior PCRA counsel?